IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 17-CR-0 4052 LTS |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Count 1 |
| | ) | 21 U.S.C. § 841(a)(1) |
| ANTHONY WATKINS, SR., | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 846:  Conspiracy to |
| Defendant. | ) | Distribute a Controlled Substance |
| | ) | |
| | ) | Count 2 |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(B):  Distribute |
| | ) | a Controlled Substance |

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

Beginning on or about January 1, 2016, and continuing to on or about August 23, 2017, in the Northern District of Iowa and elsewhere, defendant ANTHONY WATKINS, SR., did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine which contained 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

1

## Count 2

## Distribute a Controlled Substance

On or about March 30, 2017, in the Northern District of Iowa, defendant ANTHONY WATKINS, SR., did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine which contained 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL

_S/_

_8/23/17_

Grand Jury Foreperson          Date

SEAN R. BERRY
Acting United States Attorney

By: _Mikala Steenholdt_

MIKALA M. STEENHOLDT
Special Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed AUG 2 3 2017
ROBERT L. PHELPS, CLERK

2