# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **HEARING MINUTES** Sealed: No |
| Plaintiff(s) | Case No.: 17-CR-4052-LTS |
| vs. | Presiding Judge: Kelly K.E. Mahoney |
| ANTHONY WATKINS, SR. | Deputy Clerk: Jami Gollhofer |
| Defendant(s) | Official Court Record: FTR Gold |

| Date: | 08/29/17 | Start: | 3:00 p.m. | Adjourn: | 3:06 p.m. | Courtroom: | First Floor Courtroom-SC | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | N/A | | | Time in Chambers: | N/A | | | Telephonic? | N |
| Appearances: | Plaintiff(s): | Timothy Duax | | | | | | | |
| | Defendant(s): | Pamela Wingert | | | | | | | |
| | U.S. Probation: | James Purdy | | | | | | | |
| | Interpreter: | N/A | | Language: | N/A | | Certified: | N | Phone | N |
| **TYPE OF PROCEEDING:** | IS THE HEARING | | Contested? | No | Continued from a previous date? | | No | | |
| **ARRAIGNMENT:** | X | **AND/OR** | **INITIAL APPEARANCE:** | X | | | | | |

| | | |
|---|---|---|
| Date of indictment: | August 23, 2017 (Doc. 2) | |
| Was defendant *Mirandized*? | Yes | |
| Defendant pleaded | Not guilty | |
| Counsel: Retained: | or Appointed: X | FPD/Other: |
| Stipulation to discovery plan? Yes | Did defendant provide financial affidavit? | Yes |
| Did the government move for detention? Yes | Was the defendant detained? | Yes |
| Was a detention hearing set? Yes | Date: | 09/01/17, 3:30 p.m. |
| Was a trial date set? Yes | Date: | November 6, 2017 |
| **Witness/Exhibit List is** | N/A | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| | **Miscellaneous:** | Defendant waives formal reading of Indictment; status conference hearing scheduled for October 6, 2017, at 10:00 a.m. Trial management order and stipulated discovery order to follow. Deadlines associated with November 6 trial: parties to notify the court by October 16, 2017, regarding date certain trial request or notice of intent to plead. |
|---|---|---|