# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. ANTHONY WATKINS, SR. Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 17-CR-4052<br>Presiding Judge: Leonard T. Strand<br>Deputy Clerk: Jessica Donels<br>Official Court Record: Shelly Semmler  Contract?<br>Contact Information: Shelly_semmler@iand.uscourts.gov |

| Date: | 10/29/18 | Start: | 10:00 a.m. | Adjourn: | 11:28 a.m. | Courtroom: | Donald E. O'Brien | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | n/a | | Time in Chambers: | | n/a | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Mikala Steenholdt | | | | | | |
| | Defendant(s): | Chad Primmer | | | | | | |
| | U.S. Probation: | PO Stacy Sturdevant | | | | | | |
| | Interpreter: | n/a | | Language: | -- | Certified: | -- | Phone: -- |

| **TYPE OF PROCEEDING:** | **SENTENCING** | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|
| Objections to PSIR: | Objection to drug quantities<br>Two level increase for possessing a firearm<br>3 level increase for role in the offense | | Ruling: | Overruled.<br>Sustained.<br>Overruled. Adj. of. Level 37 | |
| Motions to vary/depart: | 3 level decrease for acceptance of responsibility<br>*Harry Variance*<br><br>Defense mot for variance | | Ruling: | Granted: 34.<br>Granted. New offense level 32, crim cat. 3, range 151-188.<br>Granted | |
| Count(s) dismissed: | n/a | | | | |
| Sentence (See J & C): | 144 mos BOP (on each count, to be served concurrently). | | | | |
| | Fine: | waived | | Special assessment: | $200 |
| | Supervised Release: | 5 years on count one and 5 years on count two, to be served concurrently. Special conditions from the PSIR to be imposed. | | | |
| | Court's recommendations (if any): | RDAP. Placement as close to family in Sioux City as possible. | | | |
| Defendant is | x | Detained | | Released | and shall report |
| **Witness/Exhibit List is** | Def. ex. A admitted, previously filed at Doc. No. 50.<br>Gov't witnesses<br>Eva Alvarado (Direct 10:02-10:14, cross 10:14-10:20, redirect 10:20-10:21).<br>Nicole Ramirez (direct 10:23-10:30)<br>Michael Koehler (Direct 10:31-10:41, cross 10:41-10:45, redirect 10:46-10:47) | | | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7. | | | | | |
| **Miscellaneous:** | PSIR 61: sentence to be served consecutive if any | | | | |

Page **1** of 1